UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22084-KMW

MIREYA MUT,

    Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINE,

    Defendant.

_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

THIS MATTER is set for trial for the week of November 6th, 2023. The Parties propose to adhere to the following schedule:

| Date | Description |
|---|---|
| September 15, 2022 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| December 12th, 2022 | The Parties shall file motions to amend pleadings or join Parties. |
| April 19th, 2023 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| April 19th, 2023 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| | |
|---|---|
| May 5th, 2023 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| May 19th, 2023 | The Parties shall complete all discovery, including expert discovery. |
| January 6th, 2023 | The Parties shall complete mediation and file a mediation report with the Court. |
| June 2nd, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| July 7th, 2023 | The Parties shall each file one motion *in limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| August 4th, 2023 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| August 11th, 2023 | The Parties shall submit their deposition designations. |

BY: _____          /s/_____
      RAUL G. DELGADO II, ESQ.          DONNISE DESOUZA WEBB ESQ.
      *Attorney for Plaintiff*                    *Attorney for Defendant*