UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22084-KMW

MIREYA MUT,

    Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian Corporation d/b/a CARNIVAL CRUISE LINE,

    Defendant.
_____/

**\*PROPOSED\***
**ORDER GRANTING PLAINTIFF'S *UNOPPOSED* VERIFIED**
**MOTION FOR RELIEF FROM COURT ORDER DISMISSING**
**CASE DATED OCTOBER 5, 2022 [D.E. 11] & MOTION TO REOPEN CASE**

THIS CAUSE having come on before the Court on Plaintiff's *Unopposed* Verified Motion For Relief From Court Order Dated October 5th, 2022 [D.E. 11] and Motion to Reopen Case [D.E. 12], and the Court being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said Plaintiff's Motion is granted, and that this Case shall be Reopened.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida on this _____ day of _____, 2022.

                                          _____
                                          HON. KATHLEEN M. WILLIAMS
                                          UNITED STATES DISTRICT COURT JUDGE

Copies Furnished: Counsel of Record